

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00312-CV

| | | |
|---|---|---|
| CHARLOTTE SKAGGS TAYLOR, Appellant | § | On Appeal from the 442nd District Court |
| | § | of Denton County (18-6356-442) |
| V. | § | February 11, 2021 |
| | § | |
| WILLIAM CLARK TAYLOR, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Charlotte Skaggs Taylor shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Mike Wallach
Justice Mike Wallach